■ AMERICAN HARD WALL PLASTER COMPANY, Respondent, v. BOARD OF EDUCATION, CENTRAL SCHOOL DISTRICT NO. 1 OF THE TOWNS OF GERMAN FLATTS, AND OTHERS, et al., Respondents, and THOMAS C. BROWN COMPANY, INC., et al., Appellants.— Order unanimously affirmed, with $25 costs and disbursements. (Appeal from order of Oneida Special Term (entered in Herkimer County) denying motion by the appealing defendants for an order requiring defendant Board of Education to separately state and number causes of action in its answer.) Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ. [26 Misc 2d 1022.]

■ AMERICAN HARD WALL PLASTER COMPANY, Respondent, v. BOARD OF EDUCATION, CENTRAL SCHOOL DISTRICT NO. 1 OF THE TOWNS OF GERMAN FLATTS, AND OTHERS, et al., Respondents, and THOMAS C. BROWN COMPANY, INC., et al., Appellants.— Order unanimously affirmed, with $25 costs and disbursements. (Appeal from order of Oneida Special Term (entered in Herkimer County) granting motion by defendant Board of Education for leave to serve reply to the cross action of defendant Indemnity Co., and other relief.) Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FREDERICK S. KNOWLES, Appellant.— Order unanimously affirmed. (Appeal from order of Lewis County Court denying defendant's application for writ of error *coram nobis*.) Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM ROBINSON, Appellant.— Order unanimously affirmed. (Appeal from order of Niagara County Court denying petitioner's application for writ of error *coram nobis* for the vacating of a judgment rendered April 18, 1945 convicting defendant of the crime of robbery, first degree.) Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

■ NICHOLAS BODNAR et al., Appellants, v. STATE OF NEW YORK, Respondent. (Claim No. 35720.) — Judgment insofar as appealed from unanimously affirmed, without costs of this appeal to any party. (Appeal by claimants from part of judgment of Court of Claims for claimant on a claim for damages for appropriation of realty.) Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

■ In the Matter of TADEUSZ BUCZEK, Petitioner, v. WILLIAM S. HULTS, as Commissioner of Motor Vehicles of the State of New York, Respondent.— Determination unanimously confirmed, without costs. (Review of the action of the Commissioner of Motor Vehicles which revoked petitioner's operator's license, which proceeding was transferred to the Appellate Division for determination by order of Oneida Special Term.) Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

■ In the Matter of WALLACE H. SIDNEY, Appellant, v. WILLIAM S. HULTS, as Commissioner of Motor Vehicles of the State of New York, Respondent.— Order unanimously affirmed, without costs of this appeal to either party. (Appeal from order of Albany Special Term dismissing the petition on the merits, which appeal was transferred to the Fourth Department for hearing and determination by order of Appellate Division, Third Department.) Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.